**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JOSEPH FORD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:21-CV-38 (MTT)** |
| | ) | |
| **UNKNOWN RESPONDENT,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

## ORDER

United States Magistrate Judge Stephen Hyles recommends dismissing without prejudice Petitioner Joseph Ford's recast petition for relief under 28 U.S.C. § 2254 pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.[1]  Doc. 14.  The Magistrate Judge also recommends denying a certificate of appealability.  *Id.* at 4.  Ford has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.  After review, the Court adopts the proposed findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 14) is **ADOPTED** and made the Order of the Court.

Accordingly, Ford's petitions for writ of habeas corpus (Docs. 1; 12) are **DISMISSED** without prejudice, his pending motions (Docs.  9; 13) are **DENIED** as moot, and a certificate of appealability is **DENIED**.

---

[1] Rule 4 provides that "[t]he clerk must promptly forward the petition to a judge under the court's assignment procedure, and the judge must promptly examine it.  If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner."

**SO ORDERED**, this 13th day of August, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT